IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Acton No.: 11-cv-00365-WJM-CBS

AUTO-OWNERS INSURANCE COMPANY

   Plaintiff

v.

COLORADO INTERSTATE GAS,
EL PASO CORPORATION, and
ACE AMERICAN INSURANCE COMPANY,

   Defendants.

---

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

---

  PLEASE TAKE NOTICE that the Parties have reached a settlement agreement in this matter. As such, Plaintiff Auto-Owners Insurance Company ("Plaintiff") and Defendants Colorado Interstate Gas, El Paso Corporation, and Ace American Insurance Company voluntarily submit this Stipulation of Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and D.C.COLO.LCivR.40.2(c), through undersigned counsel. In doing so, Plaintiff agrees to dismiss with prejudice all claims against Defendants Colorado Interstate Gas, El Paso Corporation, and Ace American Insurance Company. Each party will bear its own attorneys' fees and costs incurred in connection with this case. The Parties respectfully request that this Court vacate the Motion Hearing set for April 28, 2011, and also vacate all other pre-trial deadlines.

Respectfully submitted this 12th day of April, 2011.

PIPER & SCHMIDT

*/s/ Thomas T. Calkins*
Richard E. Schmidt, Wisconsin No. 1016028
Thomas T. Calkins, Wisconsin No. 1045717
Fifth Floor - Van Buren Building
733 North Van Buren Street
Milwaukee, Wisconsin 53202-4709
Telephone: (414) 225-4060
Facsimile: (414) 271-6196
E-mail: res@piperschmidt.com
ttc@piperschmidt.com

ATTORNEYS FOR AUTO-OWNERS INSURANCE COMPANY

AND

RYLEY CARLOCK & APPLEWHITE

*/s/ Roger T. Williams*
Roger T. Williams, Colorado No. 26302
Kristen E. Cunningham, Colorado No. 41341
1999 Broadway, Suite 1800
Denver, Colorado 80202
Telephone: (303) 863-7500
Facsimile: (303) 595-3159
Email: rwilliams@rcalaw.com
kecunningham@rcalaw.com

ATTORNEYS FOR COLORADO INTERSTATE GAS, EL PASO CORPORATION AND ACE AMERICAN INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of April, 2011, service of the foregoing **NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL** was made, via electronic service and filing as follows:

| | | |
|---|---|---|
| **Auto-Owners Insurance Company** | represented by | **Thomas Tyson Calkins** Piper & Schmidt 733 North Van Buren Street The Van Buren Building 5th Floor Milwaukee, WI 53202-4709 414-225-4060 Fax: 414-271-6196 *ATTORNEY TO BE NOTICED* |
| | | **Richard Ernest Schmidt** (See above for address) *ATTORNEY TO BE NOTICED* |

*The original signed document is on file at the office of Ryley Carlock & Applewhite*

3